UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Linda Catano )<br>    Plaintiff )<br> )<br>        v. )<br> )<br>Laboratory Billing Solutions, Inc. )<br>    Defendant )<br> ) | Civil Action No.: 1-21-cv-00886-LM |

## STIPULATION OF DISMISSAL

NOW COMES the Plaintiff, by and through her attorneys, pursuant to RSCP 41 (A) (2) and submits a Stipulation of Dismissal.

Respectfully submitted,

Dated:  September 6, 2022      /s/ Jon Meyer_____
Jon Meyer, Esquire, NH Bar No. 1744
Attorney for Linda Catano
Backus, Meyer & Branch, LLP
116 Lowell Street
Manchester, NH  03104
(603)668-7272
jmeyer@backusmeyer.com


Dated:  September 6, 2022      /s/ Jeremy David Eggleton_____
Jeremy David Eggleton, Esquire
NH Bar No. 18170
Attorney for Laboratory Billing Solutions, Inc.
Orr & Reno
45 S. Main Street
Concord, NH  03301
jeggleton@orr-reno.com

1